```
                                                                    FILED
              UNITED STATES COURT OF APPEALS
                                                                 DEC 16 2008
                    FOR THE NINTH CIRCUIT
                                                            MOLLY C. DWYER, CLERK OF COURT
                                                                U.S. COURT OF APPEALS
```

| | |
|---|---|
| ANTHONY DEAN JACKSON, | No. 07-17244 |
| Plaintiff - Appellant, | D.C. No. CV-07-01404-NVW |
|  | District of Arizona, Phoenix |
| v. |  |
| MARICOPA COUNTY PUBLIC DEFENDER'S OFFICE, | **MANDATE** |
| Defendant - Appellee. |  |

The judgment of this Court, entered 09/15/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Theresa Benitez
Deputy Clerk